IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| David Frank Szabo | : | Chapter 13 |
| aka David F. Szabo | : | |
| aka David Szabo | : | 5:19-bk-03317-MJC |
| Debtor | : | |

**CERTIFICATE OF MAILING:
MOTION TO SELL REAL PROPERTY OF THE ESTATE:
205 Edward Smith Boulevard, East Stroudsburg, PA 18302**

The undersigned employee in the office of:

    Newman Williams, P.C.

hereby certifies that a copy of Debtor's **Motion to Sell Real Property of the Estate** was deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Certificate of Mailing, excluding the Office of the US Trustee and the Trustee, who were served through the CM/ECF system.

Date: September 1, 2022                      SIGNED:    /s/ Robert J. Kidwell
                                                                         Attorneys for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-03317-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Sep  1 10:12:34 EDT 2022 | Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360-2141 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| AAA NORTH PENN<br>1035 N WASHINGTON AVE<br>SCRANTON, PA 18509-2912 | AARON'S<br>353 MAIN STREET<br>STROUDSBURG, PA 18360-2402 | ADT SECURITY SERVICES<br>PO BOX 371490<br>PITTSBURGH, PA 15250-7490 |
| AMERICAN EXPRESS NATIONAL BANK<br>4315 S 2700 WEST<br>SALT LAKE CITY, UT 84148-0001 | ANGIE DOLCE<br>205 EDWARD SMITH BLVD<br>EAST STROUDSBURG, PA 18302-8603 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. 9043<br>Andover, MA 01810-0943 |
| BANK OF AMERICA<br>655 PAPERMILL ROAD<br>NEWARK, DE 19711-7500 | BERKHEIMER TAX ADMINISTRATION<br>50 NORTH SEVENTH STREET<br>BANGOR, PA 18013-1795 | Berkheimer, Middle Smithfield twp/E Stroudsb<br>50 NOrth Seventh Street<br>Bangor, PA 18013-1731 |
| CABELA'S CLUB VISA<br>PO BOX 82519<br>LINCOLN, NE 68501-2519 | CAPITAL MANAGEMENT SVCS<br>698 1/2 S OGDEN STEET<br>BUFFALO, NY 14206-2317 | CAREER PATH TRAINING CORP<br>C/O PARAMOUNT CAPITAL SERVICING<br>PO BOX 698<br>CONSHOHOCKEN, PA 19428-0698 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | COMMERCIAL ACCEPTANCE<br>2300 GETTYSBURG RD<br>CAMP HILL, PA 17011-7303 | COMPUTER CREDIT INC<br>PO BOX 5238<br>WINSTON SALEM, NC 27113-5238 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | DAWN ARNST TAX COLLECTOR<br>MIDDLE SMITHFIELD TWP<br>PO BOX 1279<br>MARSHALLS CREEK, PA 18335-1279 | DCM SERVICES<br>7601 PENN AVE S<br>SUITE A600<br>MINNEAPOLIS, MN 55423-5000 |
| DEAN FLOORING COMPANY<br>3056 N DUG GAP RD SW<br>DALTON, GA 30720 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | EMERG PHYS ASSOC OF PA<br>C/O HRRG<br>PO BOX 5406<br>CINCINNATI, OH 45273-7942 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| FREDERIC WEINBERG ESQ<br>375 E ELM STREET<br>SUITE 210<br>CONSHOHOCKEN, PA 19428-1973 | First National Bank of Omaha<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | GEISINGER HEALTH PLANS<br>PO BOX 826307<br>PHILADELPHIA, PA 19182-6307 |

| | | |
|---|---|---|
| J & B AUTO<br>MULDOON'S TOWING<br>2509 RT 611<br>SCOTRUN, PA 18355 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)LAKE OF THE PINES COMMUNITY ASSOCIATION<br>PO BOX 305<br>GOULDSBORO PA 18424-0305 |
| LEHIGH VALLEY HEALTH NETWORK<br>PATIENT ACCOUNTING DEPT<br>PO BOX 4120<br>ALLENTOWN, PA 18105-4120 | LEHIGH VALLEY HOSPITAL - POCONO<br>206 EAST BROWN STREET<br>EAST STROUDSBURG, PA 18301-3006 | LEHIGH VALLEY PHYS GROUP<br>PO BOX 1754<br>ALLENTOWN, PA 18105-1754 |
| POCONO MEDICAL CENTER<br>206 EAST BROWN STREET<br>EAST STROUDSBURG, PA 18301-3094 | SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804-4319 | SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO, FL 32896-5061 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| WELLS FARGO BANK<br>PO BOX 5132<br>SIOUX FALLS, SD 57117-5132 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | ZWICKER & ASSOCIATES PC<br>3220 TILLMAN DRIVE<br>BENSALEM, PA 19020-2028 |
| David Frank Szabo<br>205 Edward Smith Boulevard<br>East Stroudsburg, PA 18302-8603 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219-6009 | (d)CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850 | DISCOVER<br>PO BOX 30943<br>SALT LAKE CITY, UT 84130 |
| (d)DISCOVER BANK<br>C/O DISCOVER PRODUCTS<br>2500 LAKE PARK BLVD<br>WEST VALLEY CITY, UT 84120 | FIRST BANKCARD<br>PO BOX 2557<br>OMAHA, NE 68103-2557 | (d)FIRST BANKCARD<br>PO BOX 3331<br>OMAHA, NE 68103-0331 |
| (d)FNB OMAHA<br>1620 DODGE STREET<br>OMAHA, NE 68197-0003 | LAKE OF THE PINES CA<br>C/O FIRST SERVICE RESIDENTIAL<br>PO BOX 305<br>GOULDSBORO, PA 18424-0305 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LEHIGH VALLEY HOSPITAL POCONO<br>206 EAST BROWN STREET<br>EAST STROUDSBURG, PA 18301-3006 | (d)MONROE COUNTY TAX CLAIM BUREAU<br>1 QUAKER PLAZA, ROOM 104<br>STROUDSBURG, PA 18360-2141 | End of Label Matrix<br>Mailable recipients   47<br>Bypassed recipients    2<br>Total                 49 |