IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| David Frank Szabo | : | Chapter 13 |
| aka David F. Szabo | : | |
| aka David Szabo | : | 5:19-bk-03317-MJC |
| Debtor | : | |

**ORDER GRANTING**
**SECOND MOTION TO SELL REAL PROPERTY OF THE ESTATE**

Upon consideration of Debtor's Second Motion to Sell Real Property of the Estate: 205 Edward Smith Boulevard, East Stroudsburg, PA 18302, Dkt. # 53 ("Motion"), and no objections having been filed thereto, it is hereby **ORDERED** that said Motion is **GRANTED**, and further that Debtor be and is hereby **AUTHORIZED** to execute any all documents necessary to complete the sale of 205 Edward Smith Boulevard, East Stroudsburg, PA 18302, for the sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 (**$250,000.00**) DOLLARS, to Nicholas Janesky.

**IT IS FURTHER ORDERED** that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

a. Any out-of-pocket expenses advanced by or on behalf of Debtor and/or his realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

b. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

c. Any transfer tax which is the responsibility of the Debtor; then to

d. Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of $1,250.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any, and including deed preparation; then to**,**

f. Any real estate taxes, tax liens and municipal liens; then to

g. Any mortgages shall be paid in full subject to a proper and accurate payoff at the time of sale; then

h. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., in the amount of $4,196.89, for distribution pursuant to Debtor's 4th Amended Chapter 13 Plan; then

i. The remaining proceeds to Debtor and Angie Dolce, husband and wife, as tenants by the entireties.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 18, 2022